# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

UNKNOWN PARTY,

    v.

                                  Case No.   05-CV-286-GPM

UNKNOWN PARTY,                          Judge Donald G. Wilkerson

## NOTICE OF MANUAL FILING

Please take notice that Judge Wilkerson has manually filed the following document or item:   Protective Order

This document has not been filed electronically because:

☐    The document or item cannot be converted to an electronic format

☐    The electronic file size of the document exceeds 20 pages
       ( *Electronic Filing Rule 5*)

☒    The document or item is filed under seal
       (*Electronic Filing Rule 6*)

☐     is excused from filing this document or item by court           order.

☐    Other

The document or item has been manually served on all parties.

                                                        Regards,

                                                        NORBERT G. JAWORSKI, Clerk

                                                        By:   S/ Robin Butler
                                                                 Deputy Clerk

Dockets.Justia.com