**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

UNKNOWN PARTY,

    v.

                                      Case No.   05-CV-286-GPM

UNKNOWN PARTY,                          Judge Donald G. Wilkerson

---

**NOTICE OF MANUAL FILING**

      Please take notice that Judge Wilkerson has manually filed the following document or item:   Protective Order

      This document has not been filed electronically because:

☐    The document or item cannot be converted to an electronic format

☐    The electronic file size of the document exceeds 20 pages
        ( *Electronic Filing Rule 5*)

☒    The document or item is filed under seal
        (*Electronic Filing Rule 6*)

☐    is excused from filing this document or item by court      order.

☐    Other

The document or item has been manually served on all parties.

                                                                                Regards,

                                                                                NORBERT G. JAWORSKI, Clerk

                                                                      By:   S/ Robin Butler
                                                                              Deputy Clerk